UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                                      No. 2:12-CR-20016-001

TERRY BELLAH                                                                 DEFENDANT

## ORDER

Before the Court is Defendant Terry Bellah's motion (Doc. 27) to reduce his sentence. The Government filed a response (Doc. 29) in opposition. Defendant seeks an award of 47 days of good time under the First Step Act of 2018. (Doc. 27, p. 1). A motion pursuant to 28 U.S.C. § 2241 must be filed in the district where a Defendant is incarcerated. *Matheny v. Morrison*, 307 F.3d 709, 711 (8th Cir. 2002). Because Defendant is currently incarcerated in Texas, (Doc. 29-1), this Court lacks jurisdiction. Furthermore, because Defendant has not exhausted his administrative remedies, transferring this case would be futile. *United States v. Tindall*, 455 F.3d 885, 888 (8th Cir. 2006). Even assuming the Court could reach the merits of Defendant's claim, the First Step Act makes clear that the provisions Defendant relies upon are ineffective until the Attorney General develops the risk and needs assessment system. First Step Act of 2018, Pub. L. No. 115-015, 132 Stat. 015 § 102(b)(2) (2018). The First Step Act affords the Attorney General up to 210 days to implement the assessment system and has not yet done so. The motion must be denied.

IT IS THEREFORE ORDERED that Defendant's motion (Doc. 27) to reduce his sentence is DENIED without prejudice to its refiling.

IT IS SO ORDERED this 2nd day of April, 2019.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE